UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:11-cr- |
| RICK D. SNOW, | ) | 1:11-cr-0042 JMS-KPF -03 |
| Defendant. | ) | |

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | NMT 5 | $250,000 | 3 years |
| 2 - 11 | 18 U.S.C. § 1343 | NMT 20 | $250,000 | 5 years |
| 12 | 15 U.S.C. § 78j(b) and 17 Code of Federal Regulations § 240.10(b)-5 | NMT 20 | $5,000,000 | 5 years |

Dated: 3/16/11

_____
RICK D. SNOW
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

_____
Kennard P. Foster
United States Magistrate Judge
Southern District of Indiana